**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SEAN WOFFORD, | ) | Case No. CV 15-1052-GW(SP) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON MOTION TO STRIKE ANSWERS** |
| CHRISTOPHER BRACKS, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed: records on file; the Motion to Strike the Answers of Defendants as Untimely and the related supporting and opposing papers; the August 13, 2015 Order Denying Motion to Strike Answers; and the objections and response thereto. The Court construes the Order Denying Motion to Strike Answers as a report and recommendation, and the Court has engaged in a de novo review of those portions of this recommended order to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge in the recommended Order Denying Motion to Strike Answers.

//

//

1          IT IS THEREFORE ORDERED that Motion to Strike the Answers of
2 Defendants as Untimely and to Cause the Clerk to Enter Defendants' Defaults Nunc
3 Pro Tunc (docket no. 25) is DENIED.

6   DATED:   September 20, 2015         _____
7                                       HONORABLE GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE