1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN WOFFORD,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTOPHER BRACKS, et al.,<br><br>　　　　　　Defendants. | Case No. CV 15-1052-GW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that plaintiff's Motion for Judgment on the Pleadings is denied, defendants' Motion for Judgment on the Pleadings is granted,

\ \ \

\ \ \

and Judgment will be entered dismissing the Complaint and this action without leave to amend.

DATED: July 29, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE