JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN WOFFORD,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTOPHER BRACKS, et al.,<br><br>　　　　Defendants. | Case No. CV 15-1052-GW (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without leave to amend.

Dated: July 29, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE